```
 1 | DENNIS J. HERRERA, State Bar #139669
   | City Attorney
 2 | ELIZABETH SALVESON, State Bar #83788
   | Chief Labor Attorney
 3 | LAWRENCE HECIMOVICH, State Bar #129688
   | Deputy City Attorney
 4 | Fox Plaza
   | 1390 Market Street, Fifth Floor
 5 | San Francisco, California 94102-5408
   | Telephone:    (415) 554-3933
 6 | Facsimile:    (415) 554-4248
   | E-Mail:       larry.hecimovich@sfgov.org
 7 |
 8 | Attorneys for Defendants
   | CITY AND COUNTY OF SAN FRANCISCO,
 9 | SAN FRANCISCO POLICE COMMISSION, and
   | SAN FRANCISCO POLICE DEPARTMENT
10 |
   | DANIEL M. CRAWFORD
11 | 354 Pine Street, Third Floor
   | San Francisco, CA 94104
12 | Telephone:    (415) 433-1442
   | Facsimile:    (415) 986-4056
13 | E-Mail:       dan@dancrawfordlaw.com
14 |
   | Attorneys for Plaintiff / Petitioner
15 | MATTHEW P. TONSING
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MATTHEW P. TONSING, | Case No. C09-1446 CW |
|---|---|
| Petitioner and Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING ADR CUT-OFF** |
| vs. | **Trial Date:**      1/10/2011 |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE COMMISSION, and SAN FRANCISCO POLICE DEPARTMENT, | |
| Respondents and Defendants. | |

STIPULATION RE ADR
Case No. C09-1446 CW

WHEREAS, the last day to complete Alternative Dispute Resolution Procedures in this matter is October 19, 2009; and

WHEREAS, the Court has not yet ruled on Defendant's Motion to Dismiss (Rule 12c), heard September 17, 2009; and

WHEREAS the parties believe that it would be efficacious to mediate the case subsequent to receiving the court's ruling on Defendant's motion,

THEREFORE the parties stipulate to extend the ADR cut off by 30 days.

**IT IS SO STIPULATED**

Dated: October 9, 2009

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney


By: /s/Lawrence Hecimovich
LAWRENCE HECIMOVICH
Attorneys for Defendants


Dated: October 9, 2009

By: /s/Daniel M. Crawford
Attorneys for Plaintiff / Petitioner


**IT IS SO ORDERED**

10/14/09

_____
Honorable Claudia Wilken
Judge of the District Court