DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3933
Facsimile:     (415) 554-4248
E-Mail:        larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE COMMISSION, and
SAN FRANCISCO POLICE DEPARTMENT

DANIEL M. CRAWFORD
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone:     (415) 433-1442
Facsimile:     (415) 986-4056
E-Mail:        dan@dancrawfordlaw.com

Attorneys for Plaintiff / Petitioner
MATTHEW P. TONSING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW P. TONSING,<br><br>        Petitioner and Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE COMMISSION, and SAN FRANCISCO POLICE DEPARTMENT,<br><br>        Respondents and Defendants. | Case No. C09-1446 CW<br><br>**STIPULATION AND ORDER MODIFYING ADR, DISCOVERY AND DISPOSITIVE MOTION CUT-OFF DATES AS MODIFIED**<br><br>**Trial Date:**           1/10/2011 |

WHEREAS, the Court has not yet ruled on Defendant's Motion to Dismiss (Rule 12c), heard September 17, 2009; and

WHEREAS, the last day to complete Alternative Dispute Resolution Procedures in this matter is November 19, 2009 and the parties believe that it would be efficacious to mediate the case prior to conducting discovery but subsequent to receiving the court's ruling on Defendant's motion; and

WHEREAS, the existing cut-off dates would not allow the parties to do so;

THEREFORE the parties stipulate to modify the Case Management Order as follows:

a) extend the ADR cut off from November 19, 2009 to January 19, 2010;

b) extend the cut-off for completion of fact discovery from December 15, 2009 to April 15, 2010;

c) extend the cut-off for Plaintiff to file a motion for summary judgment from January 28, 2010 to June 3, 2010;

d) extend the cut-off for Defendant to file a motion for summary judgment from February 4, 2010 to June 10, 2010;

e) extend the cut-off for hearing dispositive motions to July 15, 2010;

f) extend the cut-off for the parties to file an updated case management statement from April 13, 2010 to August 10, 2010;

g) extend the cut-off for disclosure of experts and expert reports from May 3, 1010 to May 24, 2010;

h) extend the cut-off for designating rebuttal experts and disclosing supplemental expert reports from May 24, 2010 to June 14, 2010;

i) extend the cut-off for completion of expert discovery from June 24, 2010 to July 15, 2010;

j) extend the date for the next Case Management Conference from April 27, 2010 to August 24, 2010 at 2:00 p.m.

The remaining deadlines, including the trial date and all related pre-trial deadlines shall remain as set.

**IT IS SO STIPULATED**

Dated:   November 17, 2009                          Respectfully submitted,

                                                    DENNIS J. HERRERA
                                                    City Attorney
                                                    ELIZABETH S. SALVESON
                                                    Chief Labor Attorney
                                                    LAWRENCE HECIMOVICH
                                                    Deputy City Attorney


                                                    By:  /s/Lawrence Hecimovich
                                                    LAWRENCE HECIMOVICH
                                                    Attorneys for Defendants


Dated:   November 17, 2009                          By:  /s/Daniel M. Crawford
                                                    Attorneys for Plaintiff / Petitioner


**IT IS SO ORDERED, EXCEPT IF PLAINTIFF DOES NOT FILE A MOTION FOR SUMMARY JUDGMENT, THE DATE FOR DEFENDANTS TO FILE A MOTION FOR SUMMARY JUDGMENT IS EXTENDED TO JUNE 10, 2010; OTHERWISE, DEFENDANTS SHALL INCLUDE IN THEIR OPPOSITION ANY CROSS-MOTION FOR SUMMARY JUDGMENT.   THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO JULY 15, 2010, AT 2:00 P.M.; THE CASE MANAGEMENT STATEMENT IS DUE JULY 1, 2010.**

Dated:  11/17/09                                    _____
                                                    Honorable Claudia Wilken
                                                    Judge of the District Court