1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  LAWRENCE HECIMOVICH, State Bar #129688
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3933
6  Facsimile:     (415) 554-4248
   E-Mail:        larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE COMMISSION, and
SAN FRANCISCO POLICE DEPARTMENT

DANIEL M. CRAWFORD
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone:     (415) 433-1442
Facsimile:     (415) 986-4056
E-Mail:        dan@dancrawfordlaw.com

Attorneys for Plaintiff / Petitioner
MATTHEW P. TONSING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW P. TONSING,<br><br>    Petitioner and Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE COMMISSION, and SAN FRANCISCO POLICE DEPARTMENT,<br><br>    Respondents and Defendants. | Case No. C09-1446 CW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING ADR CUT-OFF DATE**<br><br>**Trial Date:**       1/10/2011 |

STIPULATION RE ADR
Case No. C09-1446 CW

n:\labor\li2009\090997\00604014.doc

WHEREAS, the Court has not yet ruled on Defendant's Motion to Dismiss (Rule 12c), heard September 17, 2009; and

WHEREAS, the last day to complete Alternative Dispute Resolution Procedures in this matter is January 19, 2010 and the parties believe that it would be efficacious to mediate the case prior to conducting discovery but subsequent to receiving the court's ruling on Defendant's motion; and

WHEREAS, the existing cut-off dates would not allow the parties to do so;

THEREFORE the parties stipulate to modify the Case Management Order as follows:

Extend the ADR cut off from January 19, 2010 to March 19, 2010;

The remaining deadlines, including the trial date and all related pre-trial deadlines shall remain as set.

**IT IS SO STIPULATED**

Dated:   January 13, 2010                                                  Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney


By:  /s/Lawrence Hecimovich
LAWRENCE HECIMOVICH
Attorneys for Defendants


Dated:   January 13, 2010                                                  By:  /s/Daniel M. Crawford
Attorneys for Plaintiff / Petitioner

**IT IS SO ORDERED**

1/22/10

_____
Honorable Claudia Wilken
Judge of the District Court

JOINT CASE MANAGEMENT STATEMENT
Case No. C09-1446 CW                                       1                                   n:\labor\li2009\090997\00604014.doc