IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW TONSING,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET AL,<br><br>    Defendants.<br>_____/ | No. C 09-01446 RS<br><br><br><br>**ORDER** |

The deadline by which the parties may file dispositive motions is vacated, and shall be reset at the Case Management Conference scheduled on March 3, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 2-16-11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE