*E-Filed 2/24/11*

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  LAWRENCE HECIMOVICH, State Bar #129688
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3933
6  Facsimile:     (415) 554-4248
   E-Mail:        larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE COMMISSION, and
SAN FRANCISCO POLICE DEPARTMENT

DANIEL M. CRAWFORD
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone:     (415) 433-1442
Facsimile:     (415) 986-4056
E-Mail:        dan@dancrawfordlaw.com

Attorneys for Plaintiff / Petitioner
MATTHEW P. TONSING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MATTHEW P. TONSING, | Case No. C09-1446 ~~CW~~ RS |
|---|---|
| Petitioner and Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM MARCH 3, 2011 TO MARCH 17, 2011** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE COMMISSION, and SAN FRANCISCO POLICE DEPARTMENT, | |
| Respondents and Defendants. | |

STIPULATION AND ~~PROPOSED~~ ORDER RE CMC
Case No. C09-1446 CW

1  WHEREAS, this matter is scheduled for a Case management Conference at 10:00 a.m. on March 3, 2011; and Counsel for Plaintiff is out of town and unavailable on that date;

THEREFORE the parties stipulate to continue the Case Management Conference from 10:00 a.m. on March 3, 2011 to 10:00a.m. on March 17, 2011.

**IT IS SO STIPULATED**

Dated:   February 23, 2011              Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney


By:  /s/Lawrence Hecimovich
LAWRENCE HECIMOVICH
Attorneys for Defendants


Dated:   February 23, 2011              By:  /s/Daniel M. Crawford
Attorneys for Plaintiff / Petitioner


**IT IS SO ORDERED**

Dated: 2/24/11

_____
Honorable Richard Seeborg
Judge of the District Court

STIPULATION AND ~~PROPOSE~~D ORDER RE CMC        1
Case No. C09-1446 CW