*E-Filed 6/10/11*

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3933
Facsimile: (415) 554-4248
E-Mail: larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE COMMISSION, and
SAN FRANCISCO POLICE DEPARTMENT

DANIEL M. CRAWFORD
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 433-1442
Facsimile: (415) 986-4056
E-Mail: dan@dancrawfordlaw.com

Attorneys for Plaintiff / Petitioner
MATTHEW P. TONSING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW P. TONSING,<br><br>    Petitioner and Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE COMMISSION, and SAN FRANCISCO POLICE DEPARTMENT,<br><br>    Respondents and Defendants. | Case No. C09-1446 CW<br><br>**STIPULATION AND ~~PROPOSE~~D ORDER PURSUANT TO CIVIL LOCAL RULE 7-3(d) RE FILING SUPPLEMENTARY MATERIAL** |

STIPULATION AND ~~PROPOSE~~D ORDER RE
SUPPLEMENTARY MATERIAL PER LR 7-3(d)
Case No. C 09-01446 RS

WHEREAS, defendants' Motion To Dismiss Pursuant to F.R.C.P. 12(c) was argued before and taken under the Court on June 2, 2011 and;

WHEREAS, on June 2, 2011 the California Court of Appeal filed a decision entitled *Joy Hall-Villareal v. City of Fresno et. al*., a copy of which is attached hereto, that is relevant to the matter under submission;

THEREFORE the parties stipulate that the *Joy Hall-Villareal v. City of Fresno et. al.* be filed with the court for its consideration.

**IT IS SO STIPULATED**

Dated:   June 3, 2011                                                Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney


By:  /s/Lawrence Hecimovich
LAWRENCE HECIMOVICH
Attorneys for Defendants


Dated:   June 3, 2011                                                By:  /s/Daniel M. Crawford
Attorneys for Plaintiff / Petitioner

**IT IS SO ORDERED**

6/10/11

_____
Honorable Richard Seeborg
Judge of the District Court

STIPULATION AND ~~PROPOS~~ED ORDER RE
SUPPLEMENTARY MATERIAL PER LR 7-3(d)           1
Case No. C 09-01446 RS