1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  LAWRENCE HECIMOVICH, State Bar #129688
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3933
6  Facsimile:     (415) 554-4248
   E-Mail:        larry.hecimovich@sfgov.org
7  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
8  SAN FRANCISCO POLICE COMMISSION, and
   SAN FRANCISCO POLICE DEPARTMENT

10 DANIEL M. CRAWFORD
   354 Pine Street, Third Floor
11 San Francisco, CA 94104
   Telephone:     (415) 433-1442
12 Facsimile:     (415) 986-4056
   E-Mail:        dan@dancrawfordlaw.com

   Attorneys for Plaintiff / Petitioner
14 MATTHEW P. TONSING

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 MATTHEW P. TONSING,                        | Case No. C09-1446 RS

          Petitioner and Plaintiff,           | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** AS MODIFIED BY THE COURT

          vs.                                 | Current Date:   July 28, 2011
                                              | Proposed Date: August 25, 2011
   CITY AND COUNTY OF SAN
   FRANCISCO, SAN FRANCISCO POLICE
   COMMISSION, and SAN FRANCISCO
   POLICE DEPARTMENT,

          Respondents and Defendants.

STIPULATION RE CASE MANAGEMENT                               n:\labor\li2009\090997\00711447.doc
Case No. C09-1446 RS

1 | The parties jointly request that the Management Conference currently set for July 28 be
2 | continued to ~~August 25~~ September 1, 2011 at 10:00 a.m., due to the schedule of counsel.  Lawrence Hecimovich,
3 | attorney for Defendants, will be on vacation out of the country on July 28.
4 | All discovery and motion dates were vacated by the Court at the hearing on Defendants' Rule
5 | 12c motion.  The Court has not ruled on that motion.

Dated:   July 8, 2011

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
LAWRENCE HECIMOVICH
Deputy City Attorney


By:  /s/Lawrence Hecimovich
LAWRENCE HECIMOVICH
Attorneys for Defendants


Dated:   July 8, 2011

By:  /s/Daniel M. Crawford
Attorneys for Plaintiff / Petitioner


**GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:**

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

CASE MANAGEMENT ORDER
Case No. C09-1446 RS

1

n:\labor\li2009\090997\00711447.doc