DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
LAWRENCE HECIMOVICH, State Bar #129688
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3933
Facsimile:      (415) 554-4248
E-Mail:          larry.hecimovich@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE COMMISSION, and
SAN FRANCISCO POLICE DEPARTMENT


DANIEL M. CRAWFORD
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone:     (415) 433-1442
Facsimile:      (415) 986-4056
E-Mail:          dan@dancrawfordlaw.com

Attorneys for Plaintiff / Petitioner
MATTHEW P. TONSING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW P. TONSING, | Case No. C09-1446 RS |
| Petitioner and Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE COMMISSION, and SAN FRANCISCO POLICE DEPARTMENT, | |
| Respondents and Defendants. | |

Stipulation and Proposed Order of Dismissal
Case No. C09-1446 RS

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, that this entire action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.

Dated:   February 2, 2012                    Respectfully submitted,

                                                      DENNIS J. HERRERA
                                                    City Attorney
                                                    ELIZABETH S. SALVESON
                                                    Chief Labor Attorney
                                                    LAWRENCE HECIMOVICH
                                                    Deputy City Attorney

                                                    By:  /s/Lawrence Hecimovich
                                                    LAWRENCE HECIMOVICH
                                                    Attorneys for Defendants

Dated:   February 2, 2012

                                                    By:  /s/Daniel M. Crawford
                                                     Attorneys for Plaintiff / Petitioner

## **ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated:__2/2/12_____                    _____
                                                    The Honorable Richard Seeborg
                                                    United States District Judge

Stipulation and Proposed Order of Dismissal
Case No. C09-1446 RS